```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 08754
   JOSEPH S. DONNELLY
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-9832


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/11/05 and confirmed on 05/11/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  10900.00 .

     4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
NATIONAL CITY MORTGAGE C  CURRENT MORTG          .00            .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED          5282.50            .00         2798.02
CAPITAL ONE FINANCIAL     UNSECURED         NOT FILED           .00            .00
CAPITAL ONE FINANCIAL     UNSECURED         NOT FILED           .00            .00
CAPITAL ONE FINANCIAL     UNSECURED         NOT FILED           .00            .00
CAPITAL ONE FINANCIAL     UNSECURED         NOT FILED           .00            .00
CAPITAL ONE FINANCIAL     UNSECURED         NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED           793.23            .00          420.16
RESURGENT CAPITAL SERVIC  UNSECURED          4109.78            .00         2176.86
WELLS FARGO FINANCIAL RE  UNSECURED         NOT FILED           .00            .00
NATIONAL CITY MORTGAGE    MORTGAGE ARRE      2020.00            .00         2020.00
WELLS FARGO FINANCIAL IN  SECURED                .00            .00            .00
WELLS FARGO FINANCIAL IN  MORTGAGE ARRE       687.75            .00          687.75
         Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  2707.75          .00     10185.51       .00      12893.26
PRINCIPAL PAID      2707.75          .00      5395.04       .00       8102.79
INTEREST PAID           .00          .00          .00       .00            .00
TOTAL PAID          2707.75          .00      5395.04       .00       8102.79
The Debtor's attorney, JOHN A REED                  , was allowed $   2700.00
and was paid $     406.00  direct and $   2294.00  through the plan.

The Trustee received $     403.21 .

Refunds to the Debtor totaled $    100.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/08/08                    /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE
```